1  BARBARA ANTONUCCI (SBN 209039)
   bantonucci@constangy.com
2  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
   601 Montgomery Street, Suite 350
3  San Francisco, CA 94111
4  Telephone: (415) 918-3006

5  DAVID YUDELSON (SBN 325316)
   dyudelson@constangy.com
6  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
   2029 Century Park East, Suite 1100
7  Los Angeles, California 90067
   Telephone: (310) 909-7775
8  Facsimile: (424) 465-6630
9
   Attorneys for Defendants
10 MANCINI'S SLEEPWORLD, INC.
   and MARIE HIGGINS
11

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT WHITE AND KATHRYN L. LOPEZ, | Case No. 4:20-cv-03295-HSG |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER CONTINUING DATE TO FILE DISMISSAL WITH PREJUDICE IN ACTION** |
| MANCINI'S SLEEPWORLD, INC., MARIE HIGGINS, ADP PAYROLL SERVICES, INC. and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint Filed: May 14, 2020 |

Counsel for all Parties are pleased to report to the Court that they have reached a final agreement regarding the settlement of this case, including all of the terms of the written settlement agreement.  On Tuesday, December 1, 2020, Defendants' respective counsel received a copy of the Settlement Agreement signed by Plaintiffs and their counsel.  Defendants have sent this signed agreement to their respective counsel for signature.  All of the terms have been agreed upon by the Parties and no changes are anticipated.

Pursuant to the terms of the Settlement Agreement, payment of the settlement

consideration is to be made by wire transfer on or before Thursday, December 3, 2020.

As this matter has been finally settled and the settlement consideration is to be paid this week, the Parties jointly and respectfully request that the Court continue the date for filing the Dismissal with Prejudice by fourteen (14) days to December 15, 2020.  This time will allow the Parties to verify that the wire transfer has been made and credited to the correct account, as well as secure the remining signatures on the agreement.

**IT IS SO STIPULATED AND REQUESTED:**

Dated:  December 1, 2020            **GROVER WORKPLACE SOLUTIONS**

By:   /S/ Margaret J. Grover
      Margaret J. Grover
      Attorneys for Plaintiffs
      CLINT WHITE and KATHRYN L. LOPEZ

Dated:  December 1, 2020            **JACKSON LEWIS P.C**.

By:   /S/ Donald P. Sullivan
      Donald P. Sullivan
      Attorneys for Defendant ADP, Inc.

Dated:  December 1, 2020            **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:   /S/ David Yudelson
      David Yudelson
      Attorneys for Defendants
      MANCINI'S SLEEPWORLD, INC.
      and MARIE HIGGINS

### ORDER

Pursuant to the Parties' stipulated request, and for good cause shown, the date by which the Parties are to file the Dismissal with Prejudice in this case is continued to December 15, 2020.

**IT IS SO ORDERED:**

Date: 12/2/2020

The Hon. Haywood S. Gilliam, Jr.
United States District Judge

4846-8909-4611, v. 1