Margaret J. Grover (Bar No. 112701)
GROVER WORKPLACE SOLUTIONS
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone:  (510) 654-1678
Email:  mgrover@groverworkplacesolutions.com

Attorneys for Plaintiffs
Clint White and Kathryn L. Lopez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT WHITE AND KATHRYN L. LOPEZ, | Case No. Case No. 4:20-cv-03295-HSG |
| Plaintiffs, | **STIPULATED DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| vs. | |
| MANCINI'S SLEEPWORLD, INC., MARIE HIGGINS, ADP PAYROLL SERVICES, INC., and DOES 1 through 20, inclusive, | Before the Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, by and through their attorneys of record, hereby stipulate to dismiss the above-entitled matter, in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: December 5, 2020          GROVER WORKPLACE SOLUTIONS

By:     /S/ Margaret J. Grover
-----------------------------------------
Margaret J. Grover
Attorneys for Plaintiffs
CLINT WHITE AND KATHRYN L. LOPEZ

STIPULATED DISMISSAL WITH PREJUDICE
AND ORDER THEREON                                    1                    Case No. 4:20-cv-03295-HSG

1   DATED: December 10, 2020          JACKSON LEWIS, P.C.

2

3                                     By: _____

4                                         Donald P. Sullivan
                                          Attorneys for Defendant ADP, INC.

5

6   DATED: December 10, 2020          CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

7

8                                     By: /S/ David Yudelson
                                          _____

9                                         David Yudelson
                                          Attorneys for Defendants
10                                        MANCINI'S SLEEPWORLD, INC.
                                          and MARIE HIGGINS

11

12                          [~~PROPOSED~~] ORDER

13          Pursuant to the Parties' Stipulation, the above-entitled action shall be, and hereby is,

14  dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

15          **IT IS SO ORDERED:**

16

17  DATED: _____12/11/2020_____

18                                    _____

19                                    Honorable Haywood S. Gilliam, Jr.
                                      Judge of the United States District Court

20

21  4831-3435-9252, v. 1

22

23

24

25

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE
AND [~~PROPOSED~~] ORDER THEREON          2          Case No. 4:20-cv-03295-HSG